OPINIONS OF THE SUPREME COURT OF OHIO

The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Barrett, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

The State of Ohio, Appellee, v. Harper, Appellant.
[Cite as State v. Harper (1994),     Ohio St.3d     .]
Criminal law -- Motion to suppress -- Accused must state the motion's legal and factual basis with sufficient particularity to place prosecutor and court on notice of issues to be decided.
(No. 94-470 -- Submitted August 31, 1994 -- Decided Septmeber 28, 1994.)
Certified by the Court of Appeals for Warren County, No. CA93-07-055.

Timothy A. Oliver, Warren County Prosecuting Attorney, Carolyn A. Duvelius and Kenneth A. Ewing, Assistant Prosecuting Attorneys, for appellee.
Rittgers & Mengle, Charles H. Rittgers and W. Andrew Hasselbach, for appellant.

The judgment of the court of appeals is reversed on the authority of State v. Shindler (1994), 70 Ohio St.3d 54,     N.E.2d    , and the cause is remanded to the trial court for further proceedings.
Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.